ETTA AYERVAIS, Respondent, v. AARON REUBEN and REUBEN'S, THAT'S ALL, INC., Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached, and upon the further condition

that appellants pay respondent ten dollars costs within five days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.